FILED
At _____ O'clock ___ M
APR -7 2022
CHASITY DEISCH
PHILLIPS COUNTY CIRCUIT CLERK
By _____ D.C

IN THE CIRCUIT COURT OF PHILLIPS COUNTY, ARKANSAS
CIVIL DIVISION

JOHN HARRIS AND SHAWNTA PARKER          PLAINTIFF

VS.          No. 54CV-22-52

SATISH KUMAR AND ROR BOYS INC.          DEFENDANT

## COMPLAINT

Come now the Plaintiffs, John Harris and Shawnta Parker, (hereinafter referred to as either "John Harris" or "Shawnta Parker" or collectively as "Plaintiffs"), by and through their attorneys, the Etoch Law Firm, and for their Complaint against the Defendants, Satish Kumar and Ror Boys Inc. (hereinafter referred to as either "Satish Kumar" or "Ror Boys Inc." or "Defendants"), state:

1. John Harris and Shawnta Parker are now and have always relevant hereto been residents and citizens of Phillips County, Arkansas.

2. Satish Kumar and Ror Boys Inc., are now and have always relevant hereto been residents and citizens of California. Ror Boys Inc., is a business engaged in the transportation of goods with its principal place of business in California, which is authorized to do business in Arkansas and which does do business in Arkansas.

3. The events complained of herein occurred in Pulaski County, Arkansas.

4. Jurisdiction and venue are proper in this Court pursuant to Ark. Code Ann. §16-60-112 et seq.

1

5. On or about the 16th day of March, 2022, John Harris, with Shawnta Parker as a passenger, was traveling eastbound on Interstate 40 approaching the Springhill exit in the outside (far right hand) lane of traffic when Satish Kumar who was also travelling eastbound on Interstate 40 to the left of John Harris in the middle lane of the 3 lanes of eastbound traffic carelessly, negligently, improperly, and without warning changed lanes and struck John Harris on the right driver's side of his vehicle causing a violent collision. At all times, John Harris, with Shawnta Parker as his passenger, was driving in a reasonable and prudent fashion. John Harris and Shawnta Parker did not in any way contribute to the cause of the accident.

6. At all times relevant to this action, Satish Kumar was acting as an agent and employee and in furtherance of a contract between said Satish Kumar and his or her employer, Ror Boys Inc., and for the benefit of said employer, and as such, Ror Boys Inc., is liable for the negligent acts and conduct of said Satish Kumar, its driver, under theories of agency and respondeat superior.

7. Satish Kumar was guilty of negligence which was the proximate cause of the above-described automobile collision. The negligent acts of Satish Kumar, which are imputed to Ror Boys Inc., consisted of, but are not limited to, the following:

   (a) Failing to keep a proper lookout for other vehicles;
   (b) Failing to keep the automobile he was driving under proper control;
   (c) Failing to yield the right of way to superior traffic;
   (d) Driving at a speed that was not reasonable and prudent under the circumstances;
   (e) Driving in a careless and prohibited manner in violation of A.C.A. §27-51-104;
   (f) Improperly changing lanes on the Interstate when it was not safe to do so because of other traffic; and
   (g) Otherwise failing to act as an ordinary, common, prudent person would have under the same or similar circumstances.

8. As a proximate result of the negligence of Satish Kumar and Ror Boys Inc., John Harris and Shawnta Parker sustained severe and permanent injuries to their head, neck, back, shoulders, arms, knees, and legs, as well as a shock to their entire nervous systems. As a proximate result of said injuries, John Harris and Shawnta Parker have sustained a loss of earning capacity, have undergone excruciating pain and suffering and mental anguish in the past and will continue to undergo such pain and suffering and mental anguish in the future, have incurred medical expenses in the past and will continue to incur such expenses in the future.

9. Also, as a result of said accident, John Harris sustained property damage to his 2014 Hyundai Elantra. Specifically, Plaintiff's vehicle was worth in excess of $15,000 before the accident and said vehicle was worth less than $4,000 after the accident. Said vehicle has not yet been repaired but said repairs are estimated at approximate cost of approximately $10,000.00. Therefore, this accident reduced the value of his vehicle in an amount in excess of $11,000. John Harris is entitled to loss of use from the time of this accident until his vehicle is either repaired or totaled. John Harris is also entitled to recover his towing and storage expenses.

10. Plaintiffs demand a trial by jury on all issues.

WHEREFORE, PREMISES CONSIDERED, the Plaintiffs, John Harris and Shawnta Parker, pray for judgment jointly and severally against the Defendants, Satish Kumar and Ror Boys Inc., for the following:

a) for the medicals and special expenses incurred by Plaintiffs as of this date, together with 6% interest until the time of trial;

b) For an amount undetermined at this time, but to be determined at trial, said amount being in excess of the minimum amount required for diversity of jurisdiction in federal court for Plaintiffs' injuries to their heads, necks, backs, shoulders, legs, knees and arms, and to their entire nervous systems; said amount including their loss of earnings capacity, their excruciating pain and suffering and mental anguish experienced in the past and that

3

which each Plaintiff will undergo in the future and for their continuing medical expenses, which will be incurred in the future;

c) For John Harris' property damage in an amount in excess of $13,000;

d) For Plaintiffs' costs, a reasonable attorneys' fee, and all proper relief this Court may find Plaintiffs entitled in these premises.

Respectfully submitted,

ETOCH LAW FIRM

By: _____

Louis A. Etoch (89030)
727 Cherry Street
Helena, AR 72342
(870) 338-3591
(870) 338-7201 Fax
louis@etochlaw.com

4