IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JOHN HARRIS and                                                                      PLAINTIFFS
SHAWNTA PARKER

v.                              CASE NO. 2:22-CV-00104-BSM

SATISH KUMAR and
ROR BOYS, INC.                                                                       DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 16th day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE